David L. Mortensen (#8242)
david.mortensen@stoel.com
Jordan C. Bledsoe (#15545)
jordan.bledsoe@stoel.com
STOEL RIVES LLP
201 S Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone: (801) 328-3131
Facsimile: (801) 578-6999

*Attorneys for Plaintiff Xat.com Limited*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DISTRICT

| | |
|---|---|
| XAT.COM LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>HOSTING SERVICES, INC. A/K/A 100TB.COM,<br><br>    Defendant. | **NOTICE OF SUBSTITUTION OF COUNSEL**<br><br>Case No. 1:16-cv-00092<br><br>Magistrate Judge Paul M. Warner<br><br>Mediator:  Magistrate Judge Dustin B. Pead |

Pursuant to DUCivR 83-1.4(d), plaintiff Xat.com Limited hereby gives notice of substitution of its counsel.  David L. Mortensen (8242) and Jordan C. Bledsoe (15545) of the law firm Stoel Rives LLP, located at 201 South Main Street, Suite 1100, Salt Lake City, Utah 84111, hereby substitute as counsel in the place of George M. Haley (1302), Romaine C. Marshall (9654), and Engles J. Tejeda (11427) of the law firm Holland & Hart LLP.  The address and bar numbers for Mr. Mortensen and Mr. Bledsoe are provided above.  Mr. Mortensen and Mr. Bledsoe verify that they are aware of and will comply with all pending case deadlines in this

matter.  As set forth in the Certificate of Service below, counsel for all parties have been served with a copy of this notice.

DATED: July 23, 2018

STOEL RIVES LLP

*/s/ David L. Mortensen*
David L. Mortensen
Jordan C. Bledsoe

*Attorneys for Plaintiff Xat.com Limited*

HOLLAND & HART LLP

/s/ *George M. Haley*
(*Signed by filing attorney with permission*)
George M. Haley
Romaine C. Marshall
Engels J. Tejeda

*Former Attorneys for Plaintiff Xat.com Limited*

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2018, I caused a true and correct copy of the foregoing to be served by CM/ECF and electronic mail to:

Patricia W. Christensen
PARR BROWN GEE & LOVELESS
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
pchristensen@parrbrown.com

David M. McMillan
Paul G. Karlsgodt
BAKER & HOSTETLER LLP
1801 California Street
Denver, Co 80202
dmcmillan@bakerlaw.com
pkarlsgodt@bakerlaw.com

George M. Haley
Romaine C. Marshall
Engels J. Tejeda
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101
gmhaley@hollandhart.com
rcmarshall@hollandhart.com
ejtejeda@hollandhart.com

/s/ *Robin Noss*

97740722.1 0067839-00001