David L. Mortensen (#8242)
David.Mortensen@stoel.com
Jordan C. Bledsoe (#15545)
Jordan.Bledsoe@stoel.com
STOEL RIVES LLP
201 S Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone: (801) 328-3131
Facsimile: (801) 578-6999

*Attorneys for Plaintiff Xat.com Limited*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| XAT.COM LIMITED,<br><br>     Plaintiff,<br><br>v.<br><br>HOSTING SERVICES, INC. A/K/A 100TB.COM,<br><br>     Defendant. | **JOINT STATUS REPORT**<br><br>Case No. 1:16-cv-00092<br><br>The Honorable Paul M. Warner<br><br>Mediator:  Magistrate Judge Dustin B. Pead |

Pursuant to the Court's August 15, 2018 Docket Order, plaintiff Xat.com Limited ("Xat") and defendant Hosting Services, Inc. a/k/a 100TB.com ("100TB") respectfully submit this Joint Status Report regarding dates on which counsel and a litigant with complete settlement authority are available to be physically present to participate in a Judicial Settlement Conference (the "Settlement Conference").

The parties participated in a meet-and-confer call on August 21, 2018 and have engaged in subsequent communications to determine dates on which both parties and their counsel are available to participate in the Settlement Conference.  Considering the number of individuals

who will be attending the Settlement Conference and the various locations from which those individuals will be traveling, the parties were unable to find dates in September, October, or November on which both parties are available. Both parties are, however, available to participate in the Settlement Conference on December 6 and 13, 2018. If the Court is unavailable on those dates, the parties will meet and confer regarding alternative dates.

DATED: August 23, 2018

| STOEL RIVES LLP | BAKER & HOSTETLER LLP |
|---|---|
| /s/ *David L. Mortensen* <br> David L. Mortensen <br> Jordan C. Bledsoe | /s/ *David M. McMillan* <br> David M. McMillan <br> Paul G. Karlsgodt |
| *Attorneys for Plaintiff Xat.com Limited* | *Attorneys for Hosting Services, Inc. a/k/a 100TB.com* |

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2018, I caused a true and correct copy of the foregoing to be served by CM/ECF and electronic mail to:

Patricia W. Christensen
PARR BROWN GEE & LOVELESS
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
pchristensen@parrbrown.com

David M. McMillan
Paul G. Karlsgodt
BAKER & HOSTETLER LLP
1801 California Street
Denver, Co 80202
dmcmillan@bakerlaw.com
pkarlsgodt@bakerlaw.com

/s/ *Robin Noss*