David L. Mortensen (#8242)
David.Mortensen@stoel.com
Jordan C. Bledsoe (#15545)
Jordan.Bledsoe@stoel.com
STOEL RIVES LLP
201 S Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone: (801) 328-3131
Facsimile: (801) 578-6999

*Attorneys for Plaintiff Xat.com Limited*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| XAT.COM LIMITED,<br><br>        Plaintiff,<br><br>v.<br><br>HOSTING SERVICES, INC. A/K/A 100TB.COM,<br><br>        Defendant. | **PLAINTIFF XAT.COM LIMITED'S MOTION TO STRIKE DEFENDANT HOSTING SERVICES, INC. A/K/A 100TB.COM'S REPLY IN SUPPORT OF SHORT FORM DISCOVERY MOTION**<br><br>Case No. 1:16-cv-00092<br><br>Chief Magistrate Judge Paul M. Warner<br><br>Mediator:  Magistrate Judge Dustin B. Pead |

Defendant Hosting Services, Inc. a/k/a 100TB.com ("100TB") filed a reply in support of its short form discovery motion (the "Reply").  *See* Dkt. No. 84.  But DUCivR 37-1, which governs procedure for discovery disputes, does not permit a party to file a reply in support of a short form discovery motion.  Accordingly, plaintiff Xat.com Limited ("Xat") requests that the Court strike the Reply. Alternatively, Xat requests that it be allowed to address misrepresentations in the Reply through further briefing (i.e., a surreply), *see* DUCivR 37-1(a)(7)(C), or during a hearing, *see* DUCivR 37-1(a)(7)(A).

DATED:  October 11, 2018.

STOEL RIVES LLP

*/s/ David L. Mortensen*
David L. Mortensen
Jordan C. Bledsoe

*Attorneys for Plaintiff Xat.com Limited*

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2018, I caused a true and correct copy of

the foregoing to be served by CM/ECF and electronic mail to:

Patricia W. Christensen
PARR BROWN GEE & LOVELESS
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
pchristensen@parrbrown.com

David M. McMillan
Paul G. Karlsgodt
BAKER & HOSTETLER LLP
1801 California Street
Denver, Co 80202
dmcmillan@bakerlaw.com
pkarlsgodt@bakerlaw.com

/s/ *Robin Noss*