# EXHIBIT G

REGISTERED NUMBER: 03615226 (England and Wales)

Unaudited Financial Statements

for the Year Ended 31 December 2017

for

xat.com limited

xat.com limited (Registered number: 03615226)

**Contents of the Financial Statements**
**for the Year Ended 31 December 2017**

|  | Page |
|---|---|
| **Balance Sheet** | 1 |

**xat.com limited (Registered number: 03615226)**

**Balance Sheet**
**31 December 2017**

|  | 2017 £ | 2017 £ | 2016 £ | 2016 £ |
|---|---|---|---|---|
| **FIXED ASSETS** |  | 31,160 |  | 35,363 |
| **CURRENT ASSETS** | 262,118 |  | 380,050 |  |
| **CREDITORS** |  |  |  |  |
| Amounts falling due within one year | (34,441) |  | (58,476) |  |
| **NET CURRENT ASSETS** |  | 227,677 |  | 321,574 |
| **TOTAL ASSETS LESS CURRENT LIABILITIES** |  | 258,837 |  | 356,937 |
| **CAPITAL AND RESERVES** |  | 258,837 |  | 356,937 |

**NOTE TO THE FINANCIAL STATEMENTS**

1. **STATUTORY INFORMATION**

    xat.com limited is a private company, limited by shares , registered in England and Wales. The company's registered number and registered office address are as below:

    **Registered number:**       03615226

    **Registered office:**       22 The Square
                                  The Millfields
                                  Plymouth
                                  Devon
                                  PL1 3JX

The company is entitled to exemption from audit under Section 477 of the Companies Act 2006 for the year ended 31 December 2017.

The members have not required the company to obtain an audit of its financial statements for the year ended 31 December 2017 in accordance with Section 476 of the Companies Act 2006.

The directors acknowledge their responsibilities for:
(a) ensuring that the company keeps accounting records which comply with Sections 386 and 387 of the Companies Act 2006 and
(b) preparing financial statements which give a true and fair view of the state of affairs of the company as at the end of each financial year and of its profit or loss for each financial year in accordance with the requirements of Sections 394 and 395 and which otherwise comply with the requirements of the Companies Act 2006 relating to financial statements, so far as applicable to the company.

**xat.com limited (Registered number: 03615226)**

**Balance Sheet - continued**
**31 December 2017**

The financial statements have been prepared in accordance with the micro-entity provisions and delivered in accordance with the provisions of Part 15 of the Companies Act 2006 relating to small companies.

The financial statements were approved by the Board of Directors on 15 September 2018 and were signed on its behalf by:


C Hart - Director

This document was delivered using electronic communications and authenticated in accordance with the registrar's rules relating to electronic form, authentication and manner of delivery under section 1072 of the Companies Act 2006.