# EXHIBIT L

| | |
|---|---|
| **From:** | Bledsoe, Jordan C. |
| **To:** | McMillan, David M. |
| **Cc:** | Karlsgodt, Paul; Mortensen, David L.; Abarca, Jose A. |
| **Subject:** | Xat.com Limited v. Hosting Services, Inc. a/k/a 100TB.com (Case No. 1:16-cv-00092) |
| **Date:** | Thursday, January 31, 2019 5:27:42 PM |

David,

I write regarding Xat's production of documents.  As stated in our January 25, 2019 letter, Xat agreed to produce certain categories of documents in response to 100TB's Requests for Production Nos. 15, 18, 19, and 20.  We indicated that we would endeavor to produce those documents by January 31, 2019.  We are still in the process of reviewing documents.  Among other things, we are in the process of reviewing the types of information that Xat is prohibited from disclosing under the General Data Protection Regulation (GDPR) and whether Xat's documents contain those types of information.  We plan to produce documents, other than any documents prohibited from disclosure by the GDPR, by February 15, 2019.

Thanks,
Jordan

**Jordan C. Bledsoe**
**STOEL RIVES LLP** | 201 S. Main Street, Suite 1100 | Salt Lake City, UT 84111
Direct:  (801) 578-6932  | Fax:  (801) 578-6999
jordan.bledsoe@stoel.com | www.stoel.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any unauthorized review, use, or distribution is prohibited and may be unlawful.