Andrew G. Deiss (USB 7184)
Wesley D. Felix (USB 6539)
Brenda Weinberg (USB 16187)
DEISS LAW P.C.
10 West 100 South, Suite 425
Salt Lake City, UT 84101
Tel: (801) 433-0226
adeiss@deisslaw.com
wfelix@deisslaw.com
bweinberg@deisslaw.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| XAT.COM LIMITED,<br><br>      Plaintiff,<br>v.<br><br>HOSTING SERVICES, INC. A/K/A/ 100TB.COM,<br><br>      Defendant. | **NOTICE OF SUBSTITUTION OF COUNSEL**<br><br>Case No. 1:16-cv-00092<br><br>Magistrate Judge Paul M. Warner |

  Xat.com Limited, by and through counsel, and pursuant to DUCivR 83-1.4(d), hereby files this Notice of Substitution of Counsel. Andrew G. Deiss, Wesley D. Felix, and Brenda Weinberg of Deiss Law PC, are to be substituted in the place of David L. Mortensen and Jordan Bledsoe of Stoel Rives. The attorneys entering the case are aware of, and will comply with, all pending deadlines in this matter.

  The Clerk of the Court is requested to terminate Mr. Mortensen and Mr. Bledsoe from the case and add Mr. Deiss, Mr. Felix, and Ms. Weinberg as counsel of record.

RESPECTFULLY SUBMITTED this 19th day of February, 2019.

DEISS LAW

/s/ *Andrew G. Deiss*
Andrew G. Deiss
Wesley D. Felix
Brenda Weinberg
*Attorneys for Plaintiff*

STOEL RIVES

/s/ *David L. Mortensen (signed with permission)*
David L. Mortensen
Jordan Bledsoe

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of February, 2019, I caused to be served a copy of the forgoing **NOTICE OF SUBSTITUTION OF COUNSEL** upon all counsel of record via the Court's ECF system.

DEISS LAW

/s/ *Zach Abend*