# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## NORTHERN DIVISION

| | |
|---|---|
| **XAT.COM LIMITED,**<br><br>    Plaintiff,<br><br>v.<br><br>**HOSTING SERVICES, INC. A/K/A/ 100TB.COM,**<br><br>    Defendant. | **ORDER**<br><br><br>Case No. 1:16-cv-00092-PMW<br><br><br>Chief Magistrate Judge Paul M. Warner |

Having reviewed the parties' stipulated motion to stay discovery, and for good cause shown, the court HEREBY ORDERS:

1. The parties' stipulated motion to stay discovery[1] is GRANTED.

2. Discovery is hereby stayed for thirty (30) days from the date of this order or until the motion for determination of subject-matter jurisdiction[2] is decided by the court, whichever period of time is shorter.

3. Based upon those rulings, Defendant's motion to stay discovery[3] is MOOT.

DATED this 7th day of March, 2019.

BY THE COURT:

_____
PAUL M. WARNER
Chief United States Magistrate Judge

---

[1] *See* docket no. 135.
[2] *See* docket no. 89.
[3] *See* docket no. 134.