# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## NORTHERN DIVISION

| | |
|---|---|
| **XAT.COM LIMITED,** | **JUDGMENT IN A CIVIL CASE** |
| **Plaintiff,** | |
| v. | Case No. 1:16-cv-00092-PMW |
| **HOSTING SERVICES, INC. aka 100TB.COM,** | |
| **Defendant.** | **Chief Magistrate Judge Paul M. Warner** |

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice for lack of subject-matter jurisdiction.

DATED this 8th day of May, 2019.

BY THE COURT:

PAUL M. WARNER
Chief United States Magistrate Judge